# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Moutazbilah Abdulah Sattar,<br><br>    Plaintiff,<br><br>vs.<br><br>TD Bank USA, National Association; Rausch, Sturm, Israel, Enerson & Hornik LLP; and Equifax Information Services LLC,<br><br>    Defendants. | No. 0: 21-cv-00140-MJD-BRT<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT RAUSCH, STURM, ISRAEL, ENERSON & HORNIK LLP** |

Plaintiff Moutazbilah Abdulah Sattar, by counsel, and Defendants TD Bank USA, National Association, and Rausch, Sturm, Israel, Enerson & Hornik LLP, and Equifax Information Services LLC, by counsel, having filed their Stipulation of Dismissal Without Prejudice as to Defendant Rausch, Sturm, Israel, Enerson & Hornik LLP, and the Court, having been duly advised, now finds that the same should be granted.

**IT IS THEREFORE ORDERED** that all Plaintiff's claims against Defendant Rauch, Sturm, Israel, Enerson & Hornik LLP should be dismissed without prejudice, with Plaintiff and Defendant Rauch, Sturm, Israel, Enerson & Hornik LLP to bear their own costs and attorneys' fees.

Dated: May 26, 2021

s/Michael J. Davis
The Honorable Michael J. Davis
United States District Court