UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
COURT FILE NO.: 21-cv-140 MJD/BRT

| | |
|---|---|
| Moutazbilah Abdul Sattar,<br><br>    Plaintiff,<br>v.<br><br>TD Bank USA, National Association and Rausch Sturm Israel Enerson & Hornik LLP, and Equifax Information Services LLC,<br><br>    Defendants. | **JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

COMES NOW, Plaintiff Moutazbilah Abdul Sattar and Defendant Equifax Information Services LLC (together known as the "parties") hereby files their Joint Notice of Settlement as follows:

1. Subject to agreement on the form and content of settlement documents and approval of the Court, the parties above have reached a settlement regarding all matters in this case.

2. The parties further request they be given 60 days to finalize the settlement.

| | |
|---|---|
| ATTORNEY FOR PLAINTIFF<br><br>By: s/*Thomas J. Lyons Jr.*<br>Thomas J. Lyons, Jr., Esq.<br>Attorney I.D. #: 0249646<br>CONSUMER JUSTICE CENTER, P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>Telephone: (651) 770-9707 | ATTORNEYS FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC<br><br>By:  s/*Jacob Elrich*<br>Terrance J. Wagener (#213676)<br>Jacob W. Elrich (#399470)<br>MESSERLI & KRAMER P.A.<br>1400 Fifth Street Towers |

Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com

Ryan D. Peterson
PETERSON LEGAL, PLLC
5201 Eden Avenue
Suite 300
Edina, MN 55436
612-367-6568
ryan@peterson.legal

Dated:  August 16, 2021

100 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 672-3600
Facsimile: (612) 672-3777
twagener@messerlikramer.com
jelrich@messerlikramer.com

Dated:  August 16, 2021