UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
COURT FILE NO.: 21-cv-140 MJD/BRT

| | |
|---|---|
| Moutazbilah Abdul Sattar,<br><br>Plaintiff,<br>v.<br><br>TD Bank USA, National Association and Rausch Sturm Israel Enerson & Hornik LLP, and Equifax Information Services LLC,<br><br>Defendants. | **STIPULATION FOR DISMISSAL** |

Plaintiff Moutazbilah Abdul Sattar ("Plaintiff"), by counsel, and TD Bank USA, National Association and Equifax Information Services LLC (collectively referred to as "Defendants") by counsel, hereby stipulate and agree that all matters herein between Plaintiff and Defendants have been compromised and settled, and that Plaintiff's cause against Defendants should be dismissed, with prejudice, with each party (Plaintiff and Defendants to bear its own costs and attorneys' fees.

This 15th day of October, 2021.

By: s/Thomas J. Lyons Jr.
Thomas J. Lyons, Jr.
Attorney I.D. #0249646
CONSUMER JUSTICE CENTER P.A.
367 Commerce Court
Vadnais Heights, MN 55127
Telephone: (651) 770-9707
Facsimile: (651) 704-0907
tommy@consumerjusticecenter.com

1

        Ryan D. Peterson
PETERSON LEGAL, PLLC
5201 Eden Avenue
Suite 300
Edina, MN 55436
612-367-6568
ryan@peterson.legal

**ATTORNEYS FOR PLAINTIFF**

This 15th day of October, 2021.   By: s/ Brian Melendez
Brian Melendez
Bar Number 0223633
BARNES & THORNBURG LLP
Suite 2800
225 South Sixth Street
Minneapolis, MN 55402-4662
Ph. 612.367.8734
Fax 612.333.6798
brian.melendez@btlaw.com

**ATTORNEYS FOR DEFENDANT TD BANK USA, N.A.**

This 15th day of October 2021.   By: s/Jacob Elrich
Terrance J. Wagener Esq.
Jacob Elrich Esq.
1400 Fifth Street Towers
100 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 672-3600
Facsimile: (612) 672-3777
twagener@messerlikramer.com
jelrich@messerlikramer.com

**ATTORNEYS FOR DEFENDANT EQUIFAX**