# UNITED STATES DISTRICT COURT
## District of Minnesota

Moutazbilah Abdul Sattar,

            Plaintiff(s),

v.

TD Bank USA, National Association, and
Equifax Information Services LLC,

            Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 21-cv-140 MJD/BRT

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

all claims of Plaintiff against Defendants are dismissed, with prejudice. Plaintiff and Defendants shall each bear their own costs and attorneys' fees.

Date: 10/19/2021

KATE M. FOGARTY, CLERK